**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ISSIKAH GIWAH, | |
| Petitioner, | Civil Action No. 17-476 (JMV) |
| v. | **OPINION** |
| ERIC TAYLOR, | |
| Respondent. | |

**VAZQUEZ**, United States District Judge

On January 24, 2017, Petitioner Issikah Giwah filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1), challenging his prolonged detention since June 3, 2016, by U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 1 at 2.) This Court ordered Respondent to answer the petition. (ECF No. 2.) Respondent submitted an I-205 form, showing that Petitioner was removed from the United States.[1] (ECF No. 4.) Respondent contends the habeas petition is moot. (*Id.*)

A habeas petition "generally becomes moot when [a petitioner] is released from custody" because there is no longer "an actual injury traceable to the defendant and likely to be redressed by a favorable judicial decision." *Vasquez v. Aviles*, 639 F. App'x 898, 902 (3d Cir. 2016) (quoting *DeFoy v. McCullough*, 393 F.3d 439, 442 (3d Cir. 2005)). The present petition no longer presents a case or controversy under Article III, § 2 of the United States Constitution because Petitioner is no longer detained by ICE. *See id.* (finding petition moot where there were no

---

[1] The I-205 form is signed but not dated.

1

collateral consequences that could be addressed by success on the petition after removal) (citing *Abdala v. I.N.S.*, 488 F.3d 1061, 1064 (9th Cir. 2007)).  Therefore, the petition is dismissed as moot.

An appropriate Order follows.

Date: April 4, 2017
At Newark, New Jersey

                                              s/ John Michael Vazquez
                                              JOHN MICHAEL VAZQUEZ
                                              United States District Judge